MORRIS AND ESSEX RAILROAD COMPANY ET AL., PLAINT-
IFFS IN ERROR, v. THE MAYOR AND ALDERMEN OF
JERSEY CITY, DEFENDANTS IN ERROR.

Argued December 7, 1900—Decided March 4, 1901.

On error.   Beacon avenue case.

For the plaintiffs in error, *Flavel McGee.*

For the defendants in error, *John W. Queen.*

PER CURIAM.

The judgment of the Supreme Court in this cause is affirmed, for the reasons given in the opinion of Chief Justice Depue, filed in that court.   35 *Vroom* 148.

*For affirmance*—THE CHANCELLOR, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.   11.

*For reversal*—None.

Argued December 7, 1900—Decided March 4, 1901.

For the plaintiffs in error, *Flavel McGee.*

For the defendants in error, *John W. Queen.*